FILED

19 MAR 12 PM 2: 40

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ⟍⟍ DEPUTY

**UNSEALED PER ORDER OF COURT**



SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>      v.<br><br>MICHAEL STEEN (1),<br>  aka Yung P,<br>  aka Yung Poppy,<br>  aka Kiesha Red,<br>RACQUEL RAMCHARAN (2),<br><br>       Defendants. | Case No. **19 CR 0869 GPC**<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Sec. 841(a)(1) and (b)(1)(C) – Distribution of Fentanyl Resulting in Death; Title 21, U.S.C., Secs. 841(a)(1) and (b)(1)(C), and 846 – Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl; Title 21, U.S.C., Sec. 853 – Criminal Forfeiture |

The grand jury charges:

### Count 1

On or about July 9, 2018, within the Southern District of California, defendant MICHAEL STEEN, aka Yung P, aka Yung Poppy, aka Kiesha Red, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, and the death of M.P. resulted from the use of such substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

DPF:nlv(1):San Diego:3/11/19



Count 2

Beginning on a date unknown to the grand jury and continuing to on or about July 19, 2018, within the Southern District of California and elsewhere, defendants MICHAEL STEEN, aka Yung P, aka Yung Poppy, aka Kiesha Red, and RACQUEL RAMCHARAN, did knowingly and intentionally conspire together and with other persons known and unknown to the grand jury, to distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and 846.

Criminal Forfeiture Allegation

1.    The allegations contained in Counts 1 and 2 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2.    Upon conviction of one or more of the offenses set forth in Counts 1 and 2, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants MICHAEL STEEN, aka Yung P, aka Yung Poppy, aka Kiesha Red, and RACQUEL RAMCHARAN shall, upon conviction, forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this indictment  including but not limited to, $8,300.00 in U.S. currency.

3.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants -

(a)   cannot be located upon the exercise of due diligence;

(b)   has been transferred or sold to, or deposited with, a third party;

(c)   has been placed beyond the jurisdiction of the Court;

(d)   has been substantially diminished in value; or

(e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853.

DATED:   March 12, 2019.

A TRUE BILL;

Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: 
DAVID P. FINN
Assistant U.S. Attorney