AO 442

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
APR 0 3 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

**SEALED**

v.

Michael Steen (1), aka Yung P, aka Yung Poppy, aka Kiesha Red

**WARRANT FOR ARREST**

Case Number: 19CR0869 GPC

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest       Michael Steen (1)
                                                                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense):

21:841(a)(1), (b)(1)(C) - Distribution of Fentanyl Resulting in Death
21:841(a)(1), (b)(1)(C), 846 - Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl
21:853 - Criminal Forfeiture

In violation of Title     See Above     United States Code, Section(s) _____

ARRESTED BY: STEVEN C. STAFFORD, U.S. MARSHAL, S/CA
DATE: 3/27/19
BY: [signature]

John Morrill                                              Clerk of the Court
Name of Issuing Officer                         Title of Issuing Officer

s/ J. Mueller  [signature]                        March 12, 2019 at San Diego, California
Signature of Deputy                               Date and Location

Bail fixed at $     No Bail              by      The Honorable Mitchell D. Dembin
                                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |