UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                      Plaintiff,<br><br>v.<br><br>MICHAEL STEEN,<br><br>                                      Defendant. | Case No. 3:19-cr-00869-GPC-1<br><br>**ORDER DIRECTING CLERK TO UPDATE DEFENDANT'S ADDRESS OF RECORD AND RE-SERVE DEFENDANT WITH FILINGS**<br><br>**[ECF No. 101, 104, 105, 106, 107]** |

   Defendant Michael Steen ("Defendant") moved for a reduction in sentence pursuant to 18 U.S.C. § 3582(c).  ECF No. 100.  At the time this was filed, on September 3, 2024, his listed address was the U.S. Penitentiary, Florence High.  *See id*.  Since then, Defendant has been transferred to a different facility.  From the Court's review of the Federal Bureau of Prisons inmate locator, Defendant is now housed at the U.S. Penitentiary, Victorville.  *See* Federal Bureau of Prisons Inmate Locator, https://www.bop.gov/inmateloc/ (last visited Oct. 23, 2024); *see also Mitchell v. Ryer*, No. 3:23-cv-661-TWR-MSB, 2023 WL 5354156, at *1 n.1 (S.D. Cal. Aug. 21, 2023) (taking judicial notice of public record available on online inmate locator and noting transfer to different prison).

1  In view of Defendant's relocation to a different facility, the Clerk of the Court
2  **SHALL UPDATE** Defendant's address on the docket to the following:
3  Michael Steen (74358298)
4  USP Victorville
   U.S. Penitentiary
5  P.O. Box 3900
6  Adelanto, CA 92301

7  Additionally, the Clerk of the Court **SHALL RE-SERVE** Defendant with the
8  following filings: Order Referring Request to Reduce Sentence Under General Order 755
9  to Federal Defenders (ECF No. 101), Notice of Attorney Appearance GO 755 (ECF No.
10 104), Order Setting Briefing Schedule on Motion to Reduce Sentence (ECF No. 105),
11 Order Vacating Briefing Schedule on Motion to Reduce Sentence (ECF No. 106), and
12 Status Report (ECF No. 107).
13 **IT IS SO ORDERED.**
14 Dated:  October 24, 2024

Hon. Gonzalo P. Curiel
United States District Judge